**Opinion issued January 26, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-22-00374-CV

———————————————

**MARSHA COOPER-JACKSON, Appellant**

**V.**

**CANTANMOUNT PROPERTIES 2018 LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1182952**

---

## MEMORANDUM OPINION

Appellant Marsha Cooper-Jackson has failed to file a brief. Appellant's brief was originally due on August 19, 2022. On September 19, 2022, the Court issued a notice that we might dismiss the appeal if appellant did not file a brief or motion for extension on or before September 29, 2022. Appellant did not file a timely brief or

request an extension. On October 27, 2022, appellee filed a motion to dismiss the appeal.

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Farris.

2